RICHARD E. BOLLING, Under Tutor, etc., *v.* T. M. ANDERSON et al.

Where the petition of appeal does not contain a prayer for citation, and the appellee has not been cited, the appeal will be dismissed.

APPEAL from the District Court of St. Landry.

*Swayze & Moore,* for plaintiff.   *T. H. Lewis* and *Porter,* for defendant and appellant.

MERRICK, C. J.  The appeal in this case was applied for by petition at chambers, after the adjournment of court.

The petition for an appeal does not pray for a citation, nor does it appear that the appellant ever applied for one. The plaintiff and appellee prays for a dismissal of the appeal, on the ground that he has not been cited to appear in the appellate court.

The authority of the cases of *Walker et.al.* v. *Martolo,* 13 L. R., 50, and *Hezekiah Pratt* v. *James Erwin,* 5 An. Rep., 115, are decisive, and the motion to dismiss must prevail.

It is therefore ordered, adjudged and decreed that the appeal in this case be dismissed, at the costs of the appellant.